UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| W THOMAS ANGERS | CIVIL ACTION NO. 07-cv-949 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| LAFAYETTE ET AL | MAGISTRATE JUDGE DAVID J. AYO |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 38] previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Rule 12(b)(6) Motion to Dismiss filed by Defendants Lafayette Consolidated Government and the Roicy Duhon Animal Shelter [Doc. No. 22] is **DENIED**.

THUS DONE AND SIGNED at Monroe, Louisiana, this the 28th day of March, 2025.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE